

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 24, 2020.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 PROCEEDING |
| | § | CASE NO. 19-52507-CAG |
| KEVIN STERNECKERT | § | |
| | § | |
| DEBTOR. | § | |

**ORDER DENYING CONFIRMATION AND DISMISSAL OF CHAPTER 13 CASE WITH PREJUDICE**

**ON JANUARY 23, 2020, CAME ON TO BE CONSIDERED** confirmation of the proposed plan in the above captioned case. The case was filed on October 25, 2019 and the proposed plan was filed on October 25, 2019. At the Confirmation Hearing held on January 23, 2020, the following condition was ordered:

The Debtor's case be dismissed with prejudice and the Debtor is enjoined from filing a subsequent bankruptcy proceeding under any Chapter and the Clerk's office is directed to refuse any filings by the Debtor for a period of 180 days from the entry of the dismissal order.

**IT IS THEREFORE ORDERED** that the confirmation of the Debtor's proposed chapter 13 plan is **DENIED** and the case is **DISMISSED;**

**IT IS FURTHER ORDERED** that the Debtor shall be enjoined from filing a subsequent bankruptcy proceeding under any Chapter and the Clerk's Office is directed to refuse any filing by the Debtor for a period of 180 days; and

**IT IS FURTHER ORDERED** Debtor's Counsel shall have 7 days from the entry of this Order to file an Application for Attorney Fees (which shall include an itemized statement) pursuant to 11 U.S.C. §330(a)(4)(B). Upon entry of the order allowing attorney fees such fees are an administrative claim pursuant to 11 U.S.C. §503(b) and may be paid by the Trustee, to the extent funds are available, pursuant to 11 U.S.C. §1326(a)(2). Further, the Court finds that the Trustee's services are not terminated upon dismissal and that the Court retains jurisdiction. Further, the Court finds that cause exists pursuant to 11 U.S.C. §349(b)(3) that the funds on hand shall vest with Debtor's Counsel not to exceed the amount of the attorney fees awarded; and

**IT IS FURTHER ORDERED** that the Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this Order.

###

ORDER PREPARED AND SUBMITTED BY:
MARSHALL L. ARMSTRONG SBN: 24027037
STAFF ATTORNEY FOR CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD; STE 201
SAN ANTONIO, TX 78216
(210) 824-1460
marmstrong@sach13.com